IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| | § | Chapter 11 |
| PINE GATE RENEWABLES, LLC, *et al.*, | § § | Case No. 25-90669 (CML) |
| *Debtors.* | § § | (Jointly Administered) |
| | § § | |
| JAMES MATHES, on behalf of himself and others similarly situated, | § § § | |
| *Plaintiff,* | § § | |
| | § | ADVERSARY NO. 25-03828 |
| v. | § § | |
| BLUE RIDGE POWER, LLC, | § § | |
| *Defendant.* | § § | |

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk | Clerk of the United States Bankruptcy Court<br>Southern District of Tx, Houston Division<br>515 Rusk, Fifth Floor<br>Houston, TX 77002 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiffs' Attorneys: |
|---|
| Matthew S. Okin<br>Ryan A. O'Connor<br>**OKIN ADAMS BARTLETT CURRY LLP**<br>1113 Vine Street, Suite 240<br>Houston, TX 77002 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: November 20, 2025

 *s/ Amy Pearson*
*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _Matthew S. Okin_ (name), certify that service of this summons and a copy of the complaint was made _November 24, 2025_ (date) by:

- ☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:  **Blue Ridge Power, LLC**
  **105 Fairview Road, Ste 30**
  **Ashville, NC 28803**

- ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _11/24/2025_     Signature _[signature]_

Print Name:      Matthew S. Okin
                 Okin Adams Bartlett Curry LLP
Business Address: 1113 Vine Street, Suite 240
                 Houston, TX 77002
                 Office (713) 228-4100

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, *Matthew S. Okin* (name), certify that service of this summons and a copy of the complaint was made *November 24, 2025* (date) by:

- [x] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:   **Blue Ridge Power, LLC**
  **c/o Registered Agent Solutions, Inc.**
  **5301 Southwest Parkway**
  **Austin, TX 78735**

- [ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- [ ] Residence Service: By leaving the process with the following adult at:

- [ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- [ ] Publication: The defendant was served as follows: [Describe briefly]

- [ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 11/24/25      Signature *[signature]*

Print Name:        Matthew S. Okin

Business Address:  Okin Adams Bartlett Curry LLP
                   1113 Vine Street, Suite 240
                   Houston, Texas 77002
                   Office (713) 228-4100