IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>PINE GATE RENEWABLES, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90669 (CML)<br><br>(Jointly Administered) |
| James Mathes, on behalf of<br>himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Blue Ridge Power, LLC,<br><br>Defendant. | Adversary No. 25-03828 |

**DEFENDANT'S UNOPPOSED FIRST MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1)(A), Defendant Blue Ridge Power, LLC ("***Blue Ridge Power***") respectfully moves this Court for an extension of time to January 15, 2026 to respond to the Complaint.

1. Plaintiffs filed their Complaint on November 17, 2025.  *See* Adv. Dkt. 1.

2. Plaintiffs issued summons to Blue Ridge Power on November 18, 2025.  *See* Adv. Dkt. 3.

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR.  The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

2

3. Blue Ridge Power's answer to the Complaint is currently due on December 18, 2025. *See* Fed. R. Bankr. P. 7012(a).

4. Blue Ridge Power requires additional time to complete its legal and factual investigation into the Complaint and to prepare its responsive pleading.

5. Counsel for the parties have conferred, and Plaintiffs' counsel has no objection to an extension of 28 days, to January 15, 2026, for Blue Ridge Power to respond to the Complaint.

6. This is Blue Ridge Power's first request for an extension. This request is made in good faith and not for purposes of delay. Granting the requested extension will not prejudice Plaintiffs.

7. Accordingly, Blue Ridge Power respectfully requests that the Court grant an extension of 28 days, to January 15, 2026, for Blue Ridge Power to respond to the Complaint.

Dated: December 12, 2025

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Philip M. Guffy (TX Bar No. 24113705)
Brandon Bell (TX Bar No. 24127019)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@Hunton.com
   pguffy@Hunton.com
   bbell@Hunton.com

-and-

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew M. Parlen (NY Bar No. 5370085)
Alexander W. Welch (NY Bar No. 5624861)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
   andrew.parlen@lw.com
   alex.welch@lw.com

Jason B. Gott (IL Bar No. 6309114)
Jonathan C. Gordon (IL Bar No. 6329732)
330 N. Wabash Avenue
Suite No. 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: jason.gott@lw.com
   jonathan.gordon@lw.com

*Proposed Attorneys for Defendant Blue Ridge Power, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Defendant's Unopposed First Motion for Extension of Time to Respond to Plaintiffs' Complaint will be served on Plaintiffs' counsel via the Court's electronic filing system.

                                                    /s/ *Timothy A. ("Tad") Davidson II*
                                                    Timothy A. ("Tad") Davidson II