IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>PINE GATE RENEWABLES, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90669 (CML)<br><br>(Jointly Administered) |
| James Mathes, on behalf of<br>himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Blue Ridge Power, LLC,<br><br>Defendant. | Adversary No. 25-03828 |

**CERTIFICATE OF NO OBJECTION
REGARDING DEFENDANT'S UNOPPOSED FIRST MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**
**[Relates to Docket No. 8]**

Pursuant to the Procedures for Complex Cases in the Southern District of Texas (the "***Complex Case Procedures***"), the undersigned hereby certifies as follows:

1. On December 12, 2025, the above-captioned debtors in possession (collectively, the "***Debtors***") filed the *Defendant's Unopposed First Motion for Extension of Time to Respond to Plaintiffs' Complaint* [Docket No. 8] (the "***Motion***").

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR. The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

2.       The deadline to file objections to the Motion was January 2, 2026 (the "**Objection Deadline**").

3.       The Objection Deadline passed, and in accordance with paragraph 44 of the Complex Case Procedures, the undersigned represents to the Court that counsel has reviewed the Court's docket and no objections or other responses to the Motion have been filed on the Court's docket, and the Debtors are unaware of any other objection to the Motion.

4.       Accordingly, the Debtors respectfully request that the Court enter the proposed order attached hereto.

Dated:   January 5, 2026                Respectfully submitted,

/s/  Timothy A. ("Tad") Davidson II
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Philip M. Guffy (TX Bar No. 24113705)
Brandon Bell (TX Bar No. 24127019)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@Hunton.com
          pguffy@Hunton.com
          bbell@Hunton.com

-and-

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew M. Parlen (NY Bar No. 53700429)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
          andrew.parlen@lw.com

Jason B. Gott (IL Bar No. 6309114)
Jonathan Gordon (IL Bar No. 6329732)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile:  (312) 993-9667
Email: jason.gott@lw.com
          jonathan.gordon@lw.com

*Attorneys for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on January 5, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II