United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 06, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>PINE GATE RENEWABLES, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90669 (CML)<br><br>(Jointly Administered) |
| James Mathes, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Blue Ridge Power, LLC,<br><br>Defendant. | Adversary No. 25-03828 |

**ORDER GRANTING DEFENDANT'S UNOPPOSED FIRST MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**
**[Relates to Docket No. 8]**

Upon consideration of *Debtors' Motion Unopposed First Motion for Extension of Time to Respond to Plaintiffs' Complaint* (the "***Motion***"),[2] and upon all of the proceedings had before this Court, is hereby

**ORDERED THAT:**

1.   Blue Ridge Power's deadline to respond to the Complaint is extended to January 15, 2026.

---

[1]   A complete list of each of the Debtors in these chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR. The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

[2]   Capitalized terms used but not defined herein have the meanings given to them in the Motion.

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: January 06, 2026

_____
Christopher Lopez
United States Bankruptcy Judge