IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>PINE GATE RENEWABLES, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90669 (CML)<br><br>(Jointly Administered) |
| James Mathes, on behalf of<br>himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Blue Ridge Power, LLC,<br><br>Defendant. | Adversary No. 25-03828 |

**DEFENDANT'S UNOPPOSED SECOND MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1)(A), Defendant Blue Ridge Power, LLC ("**Blue Ridge Power**") respectfully moves this Court for an extension of time to February 12, 2026 to respond to the Complaint.

1. Plaintiffs filed their Complaint on November 17, 2025. *See* Adv. Dkt. 1.

2. Plaintiffs issued summons to Blue Ridge Power on November 18, 2025. *See* Adv. Dkt. 3.

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "**Chapter 11 Cases**") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR. The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

3.	On December 12, 2025, Blue Ridge Power filed *Defendant's Unopposed First Motion for Extension of Time to Respond to Plaintiff's Complaint* (the "**First Motion to Extend**"), whereby Blue Ridge Power sought to extend its deadline to answer the Complaint from December 18, 2025 to January 15, 2026.  *See* Adv. Dkt. 8.

4.	On January 6, 2026, the Court entered an order granting the relief sought by the First Motion to Extend, thereby setting Blue Ridge Power's deadline to answer the Complaint as January 15, 2026.  *See* Adv. Dkt. 10.

5.	Blue Ridge Power requires additional time to complete its legal and factual investigation into the Complaint and to prepare its responsive pleading.

6.	Counsel for the parties have conferred, and Plaintiffs' counsel has no objection to a further extension of 28 days, to February 12, 2026, for Blue Ridge Power to respond to the Complaint.

7.	This is Blue Ridge Power's second request for an extension.  This request is made in good faith and not for purposes of delay.  Granting the requested extension will not prejudice Plaintiffs.

8.	Accordingly, Blue Ridge Power respectfully requests that the Court grant an extension of 28 days, to February 12, 2026, for Blue Ridge Power to respond to the Complaint.

Dated: January 15, 2026

        Respectfully submitted,

        */s/ Timothy A. ("Tad") Davidson II*
        **HUNTON ANDREWS KURTH LLP**
        Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
        Philip M. Guffy (TX Bar No. 24113705)
        Brandon Bell (TX Bar No. 24127019)
        600 Travis Street, Suite 4200
        Houston, TX 77002
        Telephone: (713) 220-4200
        Email: taddavidson@Hunton.com
               pguffy@Hunton.com
               bbell@Hunton.com

        -and-

        **LATHAM & WATKINS LLP**
        Ray C. Schrock (NY Bar No. 4860631)
        Andrew M. Parlen (NY Bar No. 5370085)
        Alexander W. Welch (NY Bar No. 5624861)
        1271 Avenue of the Americas
        New York, NY 10020
        Telephone: (212) 906-1200
        Email: ray.schrock@lw.com
               andrew.parlen@lw.com
               alex.welch@lw.com

        Jason B. Gott (IL Bar No. 6309114)
        Jonathan C. Gordon (IL Bar No. 6329732)
        330 N. Wabash Avenue
        Suite No. 2800
        Chicago, IL 60611
        Telephone: (312) 876-7700
        Email: jason.gott@lw.com
               jonathan.gordon@lw.com

        *Attorneys for Defendant Blue Ridge Power, LLC*

**CERTIFICATE OF SERVICE**

      I certify that on January 15, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

      /s/ *Timothy A. ("Tad") Davidson II*
      Timothy A. ("Tad") Davidson II