**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PINE GATE RENEWABLES, LLC, *et al.*, | Case No. 25-90669 (CML) |
| Debtors.[1] | (Jointly Administered) |
| James Mathes, on behalf of himself and others similarly situated, | |
| Plaintiff, | |
| v. | Adversary No. 25-03828 |
| Blue Ridge Power, LLC, | |
| Defendant. | |

**DEFENDANT'S UNOPPOSED THIRD MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1)(A), Defendant Blue Ridge

Power, LLC ("***Blue Ridge Power***") respectfully moves this Court for an extension of time to

February 26, 2026 to respond to the Complaint.

1.      Plaintiffs filed their Complaint on November 17, 2025.  *See* Adv. Dkt. 1.

2.      Plaintiffs issued summons to Blue Ridge Power on November 18, 2025.  *See* Adv.

Dkt. 3.

---

[1]      A complete list of each of the Debtors in these chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR.  The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

3.      On December 12, 2025, Blue Ridge Power filed *Defendant's Unopposed First Motion for Extension of Time to Respond to Plaintiff's Complaint* (the "**First Motion to Extend**"), whereby Blue Ridge Power sought to extend its deadline to answer the Complaint from December 18, 2025 to January 15, 2026. *See* Adv. Dkt. 8.

4.      On January 6, 2026, the Court entered an order granting the relief sought by the First Motion to Extend, thereby setting Blue Ridge Power's deadline to answer the Complaint as January 15, 2026. *See* Adv. Dkt. 10.

5.      On January 15, 2026, Blue Ridge Power filed *Defendant's Unopposed Second Motion for Extension of Time to Respond to Plaintiff's Complaint* (the "**Second Motion to Extend**"), whereby Blue Ridge Power sought to extend its deadline to answer the Complaint from January 15, 2026 to February 12, 2026. *See* Adv. Dkt. 12.

6.      On January 20, 2026, the Court entered an order granting the relief sought by the Second Motion to Extend, thereby setting Blue Ridge Power's deadline to answer the Complaint as February 12, 2026. *See* Adv. Dkt. 14.

7.      Blue Ridge Power requires additional time to complete its legal and factual investigation into the Complaint and to prepare its responsive pleading.

8.      Counsel for the parties have conferred, and Plaintiffs' counsel has no objection to a further extension of 14 days, to February 26, 2026, for Blue Ridge Power to respond to the Complaint.

9.      This is Blue Ridge Power's third request for an extension. This request is made in good faith and not for purposes of delay. Granting the requested extension will not prejudice Plaintiffs.

10.     Accordingly, Blue Ridge Power respectfully requests that the Court grant an extension of 14 days, to February 26, 2026, for Blue Ridge Power to respond to the Complaint.

Dated: February 12, 2026

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Philip M. Guffy (TX Bar No. 24113705)
Brandon Bell (TX Bar No. 24127019)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@Hunton.com
        pguffy@Hunton.com
        bbell@Hunton.com

-and-

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew M. Parlen (NY Bar No. 5370085)
Alexander W. Welch (NY Bar No. 5624861)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
        andrew.parlen@lw.com
        alex.welch@lw.com

Jason B. Gott (IL Bar No. 6309114)
Jonathan C. Gordon (IL Bar No. 6329732)
330 N. Wabash Avenue
Suite No. 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: jason.gott@lw.com
        jonathan.gordon@lw.com

*Attorneys for Defendant Blue Ridge Power, LLC*

**CERTIFICATE OF SERVICE**

I certify that on February 12, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

/s/ *Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II